UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALEXANDER CASTEEL,

    Plaintiff,

v.

WASHBURN UNIVERSITY INSTITUTE OF TECHNOLOGY,

    Defendant.

Case No. 24-2394-JWB-BGS

## MEMORANDUM AND ORDER

On June 2, 2025, the Court entered an Order Compelling Production of Certain Documents Withheld by Defendant Pursuant to FERPA. Doc. 52 ("order compelling production"). Defendant Washburn University Institute of Technology ("Washburn Tech") was ordered to mail notice to the last known addresses of each identified student within seven days of the date of the order compelling production. Any students not consenting to disclosure needed to file an objection to the undersigned Magistrate Judge for *in camera* inspection within 10-days of notice being mailed.

Here, the order compelling production was entered on June 2, 2025, which means notice—at the latest—was to be mailed to the students on Monday June 9, 2025.[1] Thus, all objections from the students were due by June 20, 2025.[2] The Court received two emails from Washburn Tech students. The first email received was from Jericho Wagner on June 7, 2025. Mr. Wagner's email did not object to the production of documents but stated that he did not wish to participate in the lawsuit. The second email received was from Aaron Dirk on June 12, 2025. Mr. Dirk's email

---

[1] Washburn Tech filed a certificate of service indicating notice was mailed on June 4, 2025. Doc. 54. However, out of an abundance of caution, the Court calculates the objection period as ending on the last possible day.

[2] From June 9, 2025, the ten-day period ended on June 19, 2025. But since that day is a federal holiday, the period runs to the next business day. *See* Fed. R. Civ. P. 6(a)(1)(C).

1

similarly did not contain any objections. Instead, he provided some brief information about his time at Washburn Tech. The Court does not construe either email as a substantive objection and they were forwarded to counsel for the parties in this lawsuit. Counsel did not communicate any disagreement. Therefore, in accordance with the order compelling production, the Court has evaluated all communications from the students and is satisfied that they have had an opportunity to be heard.

The objection period has now expired, and the Court has not received any objection from the students and the time to do so has passed. Accordingly, the Court orders as follows:

**IT IS THEREFORE ORDERED** that Defendant produce to Plaintiff the information and documents related to the identified student(s) including any such supplemental information and documents that have not yet been produced.

**IT IS FURTHER ORDERED** that Defendant produce without redaction the discovery related to such student that is identified or referenced in Exhibit A to the order compelling production, including all Confidential Information related to students in those items.

**IT IS FURTHER ORDERED** that all documents shall be produced by **June 30, 2025**.

**IT IS SO ORDERED**.

Dated June 23, 2025, at Wichita, Kansas.

/s/ BROOKS SEVERSON
Brooks G. Severson
United States Magistrate Judge